People ex rel. Arpino v Franchi (2025 NY Slip Op 04040)

People ex rel. Arpino v Franchi

2025 NY Slip Op 04040

Decided on July 2, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 2, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LILLIAN WAN
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2025-07402

[*1]The People of the State of New York, ex rel. David Arpino, on behalf of Kenneth Jones, petitioner, 
v
Michael J. Franchi, etc., et al., respondents.

Arnold A. Arpino & Associates, P.C., Hauppauge, NY (David A. Arpino, named herein as David Arpino, pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Danielle Sciarretta of counsel), respondent pro se and for respondent Michael J. Franchi.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Kenneth Jones upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 71669/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., WAN, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court